United States District Court
Southern District of Texas
**ENTERED**
February 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LASTERSTEEN THOMPSON, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. H-18-2548 |
| HCSO, *et al.*, | § § § | |
| *Defendants.* | § | |

## ORDER

Plaintiff's *pro se* motion for default judgment (Docket Entry No. 31) is **DENIED**.

Plaintiff does not show that the defendants were served with process in this lawsuit.

Signed at Houston, Texas, on this the 14th day of February, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE